(116 So. 325)

Elizabeth J. HOLMES v. CENTRAL OF GEORGIA RY. CO. et al. (6 Div. 126.)

Supreme Court of Alabama. March 29, 1928.

Certiorari to Court of Appeals.

Nesbit & Sadler, of Birmingham, for petitioners.

W. A. Denson, of Birmingham, opposed.

PER CURIAM. Petition of the Central of Georgia Railway Company and Ocean Steamship Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Holmes v. Central of Georgia Ry. Co. et al., 116 So. 323.

Writ denied, on authority of Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.